UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAHLON,

         Plaintiff(s),      09 Civ. 6411 (RMB)

  -against-

GREEN et al.,

         Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Plaintiff having failed to appear before the Court on September 17, 2009 and not having advised the Court of a reason for Plaintiff's failure to appear, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within fourteen (14) days of the date of this Order, counsel for Plaintiff may upon good cause shown apply by letter for restoration of the action.

**SO ORDERED.**

Dated: New York, New York
    September 17, 2009

                   **Hon. Richard M. Berman, U.S.D.J.**

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/17/09*